IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00634-WDM-MJW

STEVEN R. RADER, et al.,

Plaintiffs,

v.

WELLS FARGO BANK, et al.,

Defendants.

---

**ORDER TO SHOW CAUSE**
**and**
**ORDER RESETTING SCHEDULING/PLANNING CONFERENCE**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to Magistrate Judge issued by District Judge Walker D. Miller on April 5, 2007. (Docket No. 2).

Pursuant to a written Order Setting Scheduling/Planning Conference, which was filed on April 23, 2007 (Docket No. 5), a Rule 16 scheduling conference was set in this matter for June 7, 2007, at 10:00 a.m. That Order directed, *inter alia*, the parties to hold a pre-scheduling conference meeting, to prepare and submit to the court a proposed Scheduling Order, and to submit a Confidential Settlement Statement to the undersigned at least five days before the Rule 16 conference. A copy of that Order

2

was sent to each of the plaintiffs at the address they provided to the court, and their copies of that Order were not returned to the court as undeliverable by the U.S. Postal Service.

Despite these clear directives, the plaintiffs did not appear for the Rule 16 conference, did not submit a proposed Scheduling Order, and did not submit a Confidential Settlement Statement. The court notes that it was sunny and clear in Denver at the time set for the conference. In addition, there were no reports of any road problems. Furthermore, plaintiffs did not even telephone the court at the time set for the hearing or move for a continuance. Defense counsel also failed to appear, but the court notes that defense counsel did not enter the case until after the Order setting today's hearing was issued. Pursuant to that Order (Docket No. 5), it was the plaintiffs' responsibility to notify all parties who had not entered an appearance of the date and time of the Scheduling/Planning Conference.

Rule 16(f) of the Federal Rules of Civil Procedure provides in relevant part:

> . . . [i]f no appearance is made on behalf of a party at a . . . pretrial conference . . . the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D). In lieu of or in addition to any other sanction, the judge shall require the party or the attorney representing the party or both to pay the reasonable expenses incurred because of any noncompliance with this rule, including attorney's fees, unless the judge finds that the noncompliance was substantially justified or that other circumstances make an award of expenses unjust.

Fed. R. Civ. P. 16(f). Rule 37(b)(2)(B), (C), and (D), which is referenced in Rule 16(f), permits the following sanctions:

> (B) An order refusing to allow the disobedient party to support or oppose

3

designated claims or defenses, or prohibiting that party from introducing designated matters in evidence;

(C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or **dismissing the action or proceeding** or any part thereof, or rendering a judgment by default against the disobedient party;

(D) In lieu of any of the foregoing orders or in addition thereto, an order treating as a contempt of court the failure to obey any orders except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(B), (C), (D) (emphasis added).

In addition, Rule 41(b) provides in pertinent part:

For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant.  Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision and any dismissal not provided for in this rule . . . operates as an adjudication upon the merits.

Fed. R. Civ. P. 41(b).

Based upon the foregoing, it is hereby

**ORDERED** that on June 21, 2007, at 9:30 a.m. in Courtroom 5, Fifth Floor, Alfred A. Arraj U. S. Courthouse, 901 Nineteenth Street, Denver, Colorado, a Show Cause Hearing will be held at which the **plaintiffs shall appear in person** and show cause why they should not be sanctioned pursuant to Fed. R. Civ. P. 16(f) for failing to appear at the June 7, 2007, Scheduling/Planning Conference and why this case should not be dismissed pursuant to Fed. R. Civ. P. 16(f) and/or 41(b) for failure to appear and failure to comply with court orders.  **Plaintiffs are advised that failure to appear at this conference may very well result in the issuance of sanctions, which could**

4

**include a Recommendation that this action be dismissed.**  It is further

     **ORDERED** that the Rule 16 Planning/Scheduling Conference is reset to June 21, 2007, at 9:30 a.m. in Courtroom 5, Fifth Floor, Alfred A. Arraj U. S. Courthouse, 901 Nineteenth Street, Denver, Colorado.  The parties shall comply with all of the provisions of this court's Order Setting Scheduling/Planning Conference filed on April 23, 2007 (Docket No. 5).

Dated:     June 7, 2007     s/ Michael J. Watanabe  
              Denver, Colorado    Michael J. Watanabe  
                                       United States Magistrate Judge