IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00634-WDM-MJW

STEVEN R. RADER, et al.,

Plaintiffs,

v.

WELLS FARGO BANK, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Plaintiffs' Motion for Findings of Fact and Conclusions of Law (docket no. 25) is DENIED for failure to comply with D.C.COLO.LCivR 7.1.  Moreover, it appears that the Pro Se Plaintiffs are requesting discovery in the subject motion and the Pro Se Plaintiffs are directed to review the Federal Rules of Civil Procedure and the United States District Court for the District of Colorado Local Rules of Practice since such rules must be followed if a party is seeking discovery.

Pro Se litigants must "comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure."  **Odgen v. San Juan County, 32 F.3d 452, 455 (10th Cir. 1994); Hickey v. (NFN) Van Austin et al., 1999 CJC.AR 5979**

The fact that a party is appearing pro se does not relieve that individual from the obligation of complying with all applicable rules of the court.  **Colorado v. Carter, 678 F. Supp. 1484, 1490 (D. Colo. 1986); Hall v. Doering, 997 F. Supp. 1464, 1468 (D. Kan. 1998)** (pro se plaintiffs are held to the same rules of procedure which apply to other litigants).

It is not the proper function of the district court to assume the role of advocate for the pro se litigant.  **Gibson v. City of Cripple Creek, 48 F 3d 1231, (10th Cir. 1995).**

Date: June 28, 2007