IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00634-WDM-MJW

STEVEN R. RADER, et al.,

Plaintiffs,

v.

WELLS FARGO BANK, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiffs' Request to Correct the Record (Docket No. 28) is granted. Accordingly, Docket Nos. 24 and 25 are stricken as they were filed by the plaintiffs in the wrong civil action.

Date: July 18, 2007