IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00634-WDM-MEH

STEVEN R. RADER, *et al.*,

      Plaintiffs,

v.

WELLS FARGO BANK, N.A., *et al.*,

      Defendants.

---

## NOTICE OF CONVERSION TO SUMMARY JUDGMENT

Defendant Wells Fargo Bank has filed a Motion to Dismiss, alleging that Plaintiffs' claims in this Court are precluded by a pending state court action [Docket #9].  Plaintiffs have filed their response and Defendant its Reply.  Defendant submitted evidentiary materials with its motion.

Because Defendant wishes to support its Motion to Dismiss with documents outside the pleadings, it is proper to inform the parties that the Court will convert the Motion to Dismiss into a motion for summary judgment.  *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996).  Therefore, either party may submit any additional briefing on the Motion to Dismiss, and in such additional briefing, the Plaintiffs may respond to the materials already submitted by the Defendant with any "material made pertinent to such a motion by Rule 56." Fed. R. Civ. P. 12(c).  In this additional briefing, the parties should also address the current status of the state court proceedings, and what effect, if any, those proceedings should have on the current action.  It is ORDERED that any additional briefing by either party must be submitted by **September 14, 2007**.

Plaintiffs have also filed a Motion to Strike the Motion to Dismiss [Filed May 30, 2007; Docket #12], arguing that Defendant relies on facts outside the pleadings.  Because the Court has

converted the Motion to one for summary judgment and has provided Plaintiff an opportunity to respond to these facts, Plaintiff's Motion to Strike is **denied as moot**.

Dated at Denver, Colorado, this 31st day of August, 2007.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge